# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA



MARKEITH ANTON RUTLEDGE
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

CODY McDOWELL, WILLIAM L. PRICE, MARLA CHAMBLESS, BOB THOMPSON, JAMES WOODRUFF
(Enter above the full name of the defendant(s).)

3:21-CV-0112

3:21-CV-0112

### I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)   No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): MARKEITH ANTON RUTLEDGE

   Defendant(s): JAMES WOODRUFF, MARTY REEVES

2. Court (name the district): UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

3. Docket Number: N/A

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: __N/A__

    5. Did the previous case involve the same facts?

        Yes (✓)    No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): __DISMISSED. I WAS RELEASED BEFORE RECEIVING A RESPONCE__

    7. Approximate date of filing lawsuit: __6-25-2020__

    8. Approximate date of disposition: __7-16-2020__

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: __TROUP COUNTY JAIL__

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)    No ( )

    D. If your answer is YES:

        1. What steps did you take and what were the results? __I SENT A MESSAGE VIA KIOSK TO SHERIFF JAMES WOODRUFF. I ALSO SENT A NOTORIZED LETTER TO THE CLERK OF COURTS OF TROUP COUNTY AND ALSO THE PROBATION OFFICE RECEIVED A COPY OF THE SAME LETTER. RESULTS, NO RESPONCE__

        2. If your answer is NO, explain why not: _____

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: MARKEITH ANTON RUTLEDGE

Address(es): 130 SAM WALKER DR. LAGRANGE GA. 30240

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): (1) CODY MᶜDOWELL, (2) WILLIAM C. PRICE, (3) MARLA CHAMBLESS, (4) BOB THOMPSON, (5) JAMES WOODRUFF

Employed as: (1) BLAKELY POLICE OFFICER (2) EARLY COUNTY SHERIFF (3) PUBLIC DEFENDER ATTORNEY (4) COMMUNITY SUPERVISION OFFICER, (5) TROUP COUNTY SHERIFF
at 575 COLLEGE STREET P.O. BOX 725 BLAKELY, GA. 39823 (1-4)
(5) 130 SAM WALKER DR. LAGRANGE GA. 30240

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 7-21-2020 I WAS ARRESTED BY CODY MᶜDOWELL FOR WALKING DOWN MAIN STREET FOR A CRIME THAT I DID NOT COMMIT. I WAS TRANSPORTED TO EARLY COUNTY JAIL WHERE I WENT TO COURT BEFORE BEING FINGER-PRINTED ON 7-24-2021. I PRESENTED THESE FACTS TO MY ATTORNEY MARLA CHAMBLESS ALONG WITH OTHER LEGAL ARGUMENTS AND STATUTE, WHICH SHE DEPRIVED ME OF SAYING "IT DON'T APPLY TO HIM" WHICH IS RECORDED ON ZOOM. DURING (6) SIX MONTHS OF BEING HELD AGAINST MY WILL, I ASK FOR A CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C.§ 1983; BUT

IV. **Statement of Claim (Cont'd)**

Recieved a questionnaire for prisoners proceeding pro se under 42 U.S.C. § 1983 and then denied notary and copies of the suit by sheriff William C. Price. After being forced to accept probation for the charge on 2-8-2021 with obligations to pay fines and fees to Bob Thompson, Troup County Sheriff's transport me to Troup County Jail; they have been harboring me for over (90) Ninety days. I haven't seen nor spoke to anyone regaurding my release or what I am accused of, I reached out to the Clerk of Courts, the probation office, and Sheriff James Woodruff all of which are part of Troup County with concerns of my liberty for an alledge V.O.P. which Early County informed me of before being transported, but never recieved a responce.

V. **Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Pardon me, accept for value that all obligations are null and void.

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: __N/A__

    5. Did the previous case involve the same facts?

        Yes ( )   No (✓)

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): __DISMISSED__

    7. Approximate date of filing lawsuit: __6-24-20__

    8. Approximate date of disposition: __7-16-20__

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: __TROUP COUNTY JAIL__

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)   No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)   No ( )

    D. If your answer is YES:
        1. What steps did you take and what were the results? __I SENT JAMES WOODRUFF A MESSAGE ON THE KIOSK BUT DIDN'T RECIVE A RESPONCE__

        2. If your answer is NO, explain why not: ____

Rev. 12/5/07

**V.   Relief (Cont'd)**

_____

Signed this ___6___ day of ___July___, 20_21_.

u.c.c. 1-308
without prejudice

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Troup__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __7-6-2021__
         (Date)

u.c.c. 1-308
without prejudice

_____
Signature of Plaintiff

[Notary seal: JOHN S SWEAT, NOTARY PUBLIC, TROUP COUNTY, GEORGIA]

Rev. 12/5/07